FILED

OCT 09 2007

GRANT PRICE
CLERK, U.S. BANKRUPTCY COURT
WESTERN DISTRICT OF OKLAHOMA
BY: _____, DEPUTY

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

In Re:                              )
                                    )
MEDICAL ARTS LABORATORY, INC.,      )   BK 00-18636-WV
                                    )   Chapter 7
                                    )
        Debtor.                     )

PAYMENT OF UNCLAIMED FUNDS TO THE CLERK
PURSUANT TO BANKRUPTCY RULE 3011

The trustee reports that all orders of the Court have been complied with and that pursuant to the Order Authorizing Payment of Dividends and Compensation and Expenses of the Trustee, all checks have been issued and mailed to creditors at their last known addresses.

The following checks have not been presented for payment within the prescribed time limit (90 days). Accompanying this report is a check payable to the Clerk of the Court for the total amount, in accordance with Rule 3011 of the Federal Rules of Bankruptcy Procedure.

| Claim No. | Check No. | Payee/Address | Amount |
|---|---|---|---|
| | | SEE ATTACHED EXHIBIT | $10,479.34 |

Dated: 10/8/07

*Janice Loyd*
JANICE D. LOYD, TRUSTEE, OBA #11910
BELLINGHAM, COLLINS & LOYD, P.C.
210 Park Ave., Suite 2050
Oklahoma City, Oklahoma 73102
405/235-9371    405/232-1003 (Fax)

| Case_number | Debtor | Full_addr | Transaction_amount | Type |
|---|---|---|---|---|
| 00-18636 | MEDICAL ARTS LABORATORY INC. | CORPORATE PLAN MANAGEMENT 2900 SW WANAMAKER DR. STE D. TOPEKA, KS 66144 | 378.35 | Check# 860 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | CRISTINE NAVARRO 3152 LYON BLVD. OKC, OK 73112 | 6.82 | Check# 866 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | CORPORATE EXPRESS - OKC P O BOX 271495 OKC, OK 73137-1495 | 3,544.79 | Check# 858 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | COMANCHE BODY WORKS INC P O BOX 394 COMANCHE, OK 73529 | 73.36 | Check# 848 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | CONNIE S. COWNS 920 SE 12TH MOORE, OK 73160 | 9.30 | Check# 851 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | CYNDEE BLACK 1401 WC R APT 72 GUTHRIE, OK 73044 | 54.10 | Check# 874 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | DARLA LYNN 1012 MARY LEE LANE EDMOND, OK 73034 | 41.55 | Check# 892 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | DARLA GEE COLONIAL MANOR #1 HOLLIS, OK 73550 | 33.33 | Check# 891 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | DANIEL WASHINGTON 1104 CHOCTAW RIDGE MWC, OK 73130 | 11.69 | Check# 887 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | CHARLES SOBIECK 1707 CROSSBOW EDMOND, OK 73034 | 20.64 | Check# 799 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | CHARLES REFRIGERATION & HVAC SERVICE 3837B S. DOUGLAS BLVD. MWC, OK 73130 | 100.14 | Check# 797 |

| | | | |
|---|---|---|---|
| 00-18636 | MEDICAL ARTS LABORATORY INC. | CLEAN ESD PRODUCTS INC<br>47733 FREMONT BLVD.<br>FREMONT, CA 94538 | 203.67 Check# 836 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | DAVID MINGUS<br>10813 ADMIRAL DR.<br>OKC, OK 73162 | 78.94 Check# 902 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | DONNA JAMES<br>3121 MEADOW LANE<br>EDMOND, OK 73003 | 85.29 Check# 975 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | DURAMARK INC<br>10541 CALLE LEE #125<br>LOS ALAMITOS, CA 90720 | 1,596.66 Check# 992 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | EARLENE MORROW<br>2926 SW 18TH ST.<br>OKC, OK 73111 | 9.61 Check# 997 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | DEIDRE CUMMINGS<br>439 S 20TH<br>CLINTON, OK 73601 | 21.55 Check# 932 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | DENISE STEINKRUGER<br>2309 CEDAR CREEK DRIVE<br>AMARILLO, TX 79124 | 21.55 Check# 938 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | CECELIA STOLL<br>NE 139TH ST<br>EDMOND, OK 73013 | 33.79 Check# 786 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | APPLE WOODS<br>4403 SW 3RD<br>OKC, OK 73108 | 576.45 Check# 639 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | ANN PAYNE<br>9014 E. 31ST<br>TULSA, OK 74145 | 18.01 Check# 630 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | APEX ENGINEERING PRODUCTS CORP<br>P O BOX 439<br>PLAINFIELD, ILL 60544 | 65.64 Check# 638 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | AVERIE HIGH<br>3623 WYNN CIRCLE<br>EDMOND, OK 73013 | 9.30 Check# 661 |

| Case | Creditor | Address | Amount | Check # |
|---|---|---|---|---|
| 00-18636 | MEDICAL ARTS LABORATORY INC. | BADRUL SHARIS<br>3621 WYNN DR #841<br>EDMOND, OK 73013 | 75.03 | Check# 665 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | ARKANSAS WESTERN GAS CO<br>P OB OX 1648<br>FAYETTEVILLE, AR 72702-1648 | 24.71 | Check# 646 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | ASHLEY R. COLE<br>1109 LYNN FRY BLVD<br>MWC, OK 73130 | 21.55 | Check# 652 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | ALLIANCE DATACOM LP<br>11130 PETAL STREET STE 800<br>DALLAS, TX 75238 | 160.51 | Check# 585 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | A NEEL LOCKSMITH<br>413 W FOSTER<br>PAMPA, TX 79065 | 55.81 | Check# 561 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | ALLIE HOPKINS<br>3540 NW 56TH<br>OKLAHOMA CITY, OK 73112 | 35.28 | Check# 586 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | AMY BAZER<br>14504 S. ROBINSON<br>OKC, OK 73170 | 21.55 | Check# 609 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | ALTA L. LACHANCE-JONES<br>7901 S. COUNCIL #55<br>OKC, OK 73169 | 22.79 | Check# 592 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | ALTA DIAGNOSTICS INC.<br>2555 BUSINESS PARKWAY<br>MINDEN, NV 89423 | 1,940.25 | Check# 591 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | CARLA HARDZOG-BRITT<br>14515 LONGFORD WAY<br>EDMOND, OK 73013 | 14.88 | Check# 743 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | CARRIE COFER<br>P O BOX 4<br>HOLDENVILLE, OK 74848 | 22.94 | Check# 775 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | CARRIE DAVIS<br>2915 VENICE BLVD.<br>OKC, OK 73107 | 37.21 | Check# 776 |

| Case | Creditor | Address | Amount | Check # |
|---|---|---|---|---|
| 00-18636 | MEDICAL ARTS LABORATORY INC. | CATHERINE SANCHEZ<br>1716 NORMAL HILL<br>EDMOND, OK 73034 | 13.95 | 784 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | CAROLYN CARRAWAY<br>14308 CANTERBURY DR<br>EDMOND, OK 73013 | 41.98 | 765 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | CAROLYN S. KING<br>2312 SW 93RD<br>OKC, OK 73159 | 30.35 | 768 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | BETH PRIMROSE<br>410 NW 48TH<br>OKC, OK 73118 | 39.01 | 689 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | BASS BAPTIST HEALTH CENTER<br>BOX 3168<br>ENID, OK 73702 | 150.06 | 678 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | BRANDON ADAMS<br>1201 SE 3RD<br>MOORE, OK 73160 | 7.64 | 721 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | BONNIE R. MILLER<br>8016 SE 15TH<br>MWC, OK 73110 | 9.61 | 718 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | BIOCARE MEDICAL<br>2940 CAMINO DIABLE<br>STE 110<br>WALNUT CREEK, CA 94596 | 298.26 | 708 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | BIOPATH LABORATORIES, INC<br>2200 N. CLASSEN #840<br>OKC, OK 73105 | 114.35 | 710 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | JOYCE KAPPEL<br>5415 S SHARTEL #232<br>OKLAHOMA CITY OK 73109 | 16.12 | 1366 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | GAGON DAMION<br>RR 2 BOX 2479<br>FAIRPLAX, MO 65649 | 6.82 | 1090 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | FRED BELL<br>701 N COUNCIL RD APT 120<br>OKLAHOMA CITY, OK 73127-4981 | 15.96 | 1083 |

| Case | Creditor | Address | Amount | Check # |
|---|---|---|---|---|
| 00-18636 | MEDICAL ARTS LABORATORY INC. | GERALDINE PRITCHARD<br>9916 BE 43RD<br>TULSA, OK 74116 | 14.57 | 1128 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | ELIZABETH CHADICK<br>3616 NE 141 CT<br>EDMOND, OK 73013 | 24.96 | 1018 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | ELIZABETH BROWN<br>3808 SPYGLASS RD<br>OKC, OK 73120 | 17.88 | 1019 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | FELICIA COHRAN<br>5508 WOODBRYER DR<br>OKC, OK 73122 | 13.00 | 1067 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | ERNEST WILSON<br>4400 FOXGLOVE LN<br>OKC, OK 73120 | 123.58 | 1049 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | ERROL SKAGG<br>2212 ANDOVER CT<br>OKC, OK 73120 | 37.21 | 1050 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | HEIDI DAWSON<br>517 N. WASHINGTON<br>ELK CITY, OK 73644 | 43.40 | 1185 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | HASKELL MCCREARY<br>407 S. WESTERN<br>AMARILLO, TX 79106 | 28.27 | 1173 |
| 00-18636 | MEDICAL ARTS LABORATORY INC. | GWEN MANAGER<br>2201 NW 122ND<br>#1910<br>OKC, OK 73120 | 5.32 | 1163 |